## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CATHERINE LAJOIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | Docket No.: |
| SYNCHRONY FINANCIAL ) | |
| d/b/a Wal-Mart Credit Services, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff, CATHERINE LAJOIE ("Plaintiff"), by her attorneys, and hereby alleges the following against SYNCHRONY FINANCIAL d/b/a Wal-Mart Credit Services, ("Defendant"):

### Introduction

1. Plaintiff's Complaint arises under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

### Jurisdiction and Venue

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

3. Venue is proper pursuant to 28 U.S.C. 1391(b)(1) as the conduct giving rise to this action occurred in this district, as Plaintiff resides in this district and Defendant transacts business in this district.

### Parties

4. Plaintiff is a natural person residing in Lewiston, Maine in Androscoggin County.

5. Defendant is a business entity incorporated in Delaware with an office located at 777 Long Ridge Rd., Stamford, CT, 06902.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers

## Factual Allegations

7. In 2014, Defendant began placing telephone calls to (207) 344-7682, Plaintiff's cellular telephone.

8. Defendant called Plaintiff using telephone number (330) 433-5979.

9. Upon information and good faith belief based on the frequency, number, nature, and character of these calls, Defendant used an automatic telephone dialing system or other equipment capable of storing and/or producing telephone numbers ("auto dialer") to call Plaintiff.

10. Defendant called Plaintiff to collect an alleged debt.

11. Defendant's calls were for a non-emergency purpose.

12. On or about October 20, 2014, Plaintiff informed Defendant that Defendant was harassing her, that she would pay Defendant when she could, and instructed Defendant to stop calling her.

13. Plaintiff revoked any consent, actual or implied, for Defendant to use an auto dialer to call her cell phone.

14. Defendant continued to use an auto dialer to call Plaintiff's cell phone.

15. Since October 20, 2014, Defendant used an auto dialer to call Plaintiff's cell phone at least sixty-eight (68) times.

16. Defendant knowingly and willfully used an auto dialer to place these calls.

17. Defendant intended to use an auto dialer place these calls.

18.     Defendant did not have Plaintiff's express consent to use an auto dialer to place these calls.

## Count I
## Defendant Violated the Telephone Consumer Protection Act

19.     Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

20.     Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, CATHERINE LAJOIE, requests that judgment be entered against Defendant, SYNCHRONY FINANCIAL d/b/a Wal-Mart Credit Services, for the following:

21.     Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k,

22.     Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k.

23.     Any other relief that this Honorable Court deems appropriate.

              RESPECTFULLY SUBMITTED,

Dated: March 5, 2015    By: /s/ Douglas F. Jennings
              Douglas F. Jennings, Esq.
              Walker & Jennings, PA
              226 Water Street
              Hallowell , ME  04347
              dfjlaw@live.com
              (207) 621-8188

              Attorney for Plaintiff, Catherine Lajoie