## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| CATHERINE LAJOIE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00087-GZS |
| | ) | |
| vs. | ) | |
| | ) | |
| SYNCHRONY FINANCIAL | ) | |
| d/b/a Wal-Mart Credit Services, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CATHERINE LAJOIE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated: August 4, 2015                            RESPECTFULLY SUBMITTED,

                                LAW OFFICE OF DOUGLAS J. JENNINGS

                                By: /s/ Douglas F. Jennings
                                Douglas F. Jennings, Esq.
                                Law Office of Douglas F. Jennings
                                One Weston Court, Suite 103B
                                Augusta, ME 04330
                                dfjlaw@live.com
                                207-754-8901
                                Attorney for Plaintiff, CATHERINE LAJOIE

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By: /s/ Douglas F. Jennings
     Douglas F. Jennings, Esq.
     Attorney for Plaintiff