## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **CATHERINE LAJOIE** | ) |
| | ) |
| **v.** | )  CIVIL NO.  2:15-cv-00087-JDL |
| | ) |
| **SYNCHRONY FINANCIAL** | ) |

## ORDER OF DISMISSAL

This action having been reported settled by counsel on August 4, 2015, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

                                                    CHRISTA K. BERRY
                                                    CLERK


                                            BY:   /s/ Neala Dunfey
                                                    Deputy Clerk

Dated this 9th day of September, 2015.