# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| CATHERINE LAJOIE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00087-GZS |
| | ) | |
| vs. | ) | |
| | ) | |
| SYNCHRONY FINANCIAL | ) | |
| d/b/a Wal-Mart Credit Services, | ) | |
| | ) | |
| Defendant. | ) | |

## VOLUNTARY DISMISSAL

CATHERINE LAJOIE (Plaintiff), by and through the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, SYNCHRONY FINANCIAL d/b/a Wal-Mart Credit Services, (Defendant), in this case.

Dated: September 17, 2015         RESPECTFULLY SUBMITTED,

                                  LAW OFFICE OF DOUGLAS J. JENNINGS

                                  By:  /s/ Douglas F. Jennings
                                  Douglas F. Jennings, Esq.
                                  Law Office of Douglas F. Jennings
                                  One Weston Court, Suite 103B
                                  Augusta, ME 04330
                                  dfjlaw@live.com
                                  207-754-8901
                                  Attorney for Plaintiff, CATHERINE LAJOIE

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Douglas F. Jennings
     Douglas F. Jennings, Esq.
     Attorney for Plaintiff